```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FEDERAL INSURANCE COMPANY a/s/o AA    :
METALS, INC.,                         :
                                      :
            Plaintiff,                :
                                      :          19-cv-5159 (JSR)
            -v-                       :
                                      :
MSC MEDITERRANEAN SHIPPING COMPANY,   :
S.A., APEX SHIPPING COMPANY, INC.,    :
APEX SHIPPING COMPANY (NYC), INC.,    :
and PT. INTERBRUCKE PERKASA,          :
                                      :
            Defendants.               :
------------------------------------- x
FEDERAL INSURANCE COMPANY a/s/o AA    :
METALS, INC.,                         :
                                      :
            Plaintiff,                :          19cv5203 (JSR)
                                      :
            -v-                       :          19-cv-5230 (JSR)
                                      :
MSC MEDITERRANEAN SHIPPING COMPANY,   :
S.A., APEX SHIPPING COMPANY, INC.,    :          ORDER
APEX SHIPPING COMPANY (NYC), INC.,    :
and PT. INTERBRUCKE PERKASA,          :
                                      :
            Defendants.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The parties in these cases have informed the Court that they have reached a settlement. ECF No. 18. Accordingly, both cases are hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the relevant case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

Dated: New York, NY

December 17, 2019

_____
JED S. RAKOFF, U.S.D.J.